No. 83–1829. LEWIS v. UNIVERSITY OF PITTSBURGH ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE BLACKMUN would grant certiorari.

No. 83–1902. SIMPSON v. BEELER ET UX. Ct. App. Ind. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 83–6920. LEWIS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN would grant certiorari.

No. 83–2102. TEXAS ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Motion of Alabama Public Service Commission et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 83–2145. NAVIOS CORP. ET AL. v. UNITED STATES, AS OWNER OF THE UNITED STATES COAST GUARD BUOY TENDER BLACKTHORN. C. A. 11th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.